[No. 10576–4–II.   Division Two.   May 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. CRAIG LEE
SHIPMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 84–1–01605–3, Arthur W. Verharen, J., entered

November 24, 1986. *Reversed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.